UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHARON BARTLEY,

          Plaintiff,

v.

WINNFIELD LIFE INSURANCE
COMPANY, INC., LIBERTY BANKERS
LIFE INSURANCE COMPANY, INS.,
AND STUART ALLEN &
ASSOCIATES, INC.,

Case No.:

          Defendants.

### DEFENDANT, LIBERTY BANKERS LIFE INSURANCE COMPANY'S CONSENT TO REMOVAL

NOW INTO COURT, through undersigned counsel, come defendant, Liberty Bankers Life Insurance Company (incorrectly identified previously in this matter as "Liberty Bankers Life Insurance Company, Inc.") and, without waiving any of its defenses or other rights, hereby consents to the removal of the civil action filed by plaintiff, Sharon Bartley, in the First Judicial District Court for the Parish of Caddo, State of Louisiana, captioned as *Sharon Bartley v. Winnfield Life Insurance Company, Inc., Liberty Bankers Life Insurance Company, Inc., and Stuart Allen & Associates, Inc.*, Case No. 543957-A.

Dated, September 29, 2010.

                                                                      _____
                                                                      Michael J. Bourquard, Esq.
                                                                      Attorney-in-fact for
                                                                      Liberty Bankers Life Insurance Company

Exhibit 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

SHARON BARTLEY,

          Plaintiff,

v.

WINNFIELD LIFE INSURANCE
COMPANY, INC., LIBERTY BANKERS
LIFE INSURANCE COMPANY, INS.,
AND STUART ALLEN &
ASSOCIATES, INC.,

Case No.:

          Defendants.

## DEFENDANT, WINNFIELD LIFE INSUARANCE COMPANY'S CONSENT TO REMOVAL

NOW INTO COURT, through undersigned counsel, come defendant, Winnfield Life Insurance Company (incorrectly identified previously in this matter as "Winnfield Life Insurance Company, Inc.") and, without waiving any of its defenses or other rights, hereby consents to the removal of the civil action filed by plaintiff, Sharon Bartley, in the First Judicial District Court for the Parish of Caddo, State of Louisiana, captioned as *Sharon Bartley v. Winnfield Life Insurance Company, Inc., Liberty Bankers Life Insurance Company, Inc., and Stuart Allen & Associates, Inc.*, Case No. 543957-A.

Dated, September 29, 2010.

                                                                     Michael J. Bourquard, Esq.
                                                                     Attorney-in-fact for
                                                                     Winnfield Life Insurance Company