# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

SHARON BARTLEY

versus

WINNFIELD LIFE INSURANCE COMPANY, INC., ET AL.

CIVIL ACTION NO. 10-cv-1514

JUDGE ELIZABETH ERNY FOOTE

MAGISTRATE JUDGE MARK HORNSBY

## ORDER OF DISMISSAL

The Court having been advised by counsel that the above civil action has been settled,

**IT IS ORDERED** that the above captioned matter be and is hereby **DISMISSED**, without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that within ninety (90) days of the signing of this Order, the parties shall submit to the Court (1) a joint motion to dismiss accompanied by a proposed order; or (2) a Rule 41(a)(1)(ii) stipulation of dismissal signed by all parties who have appeared in this action. Any motion that may be pending relating to this matter is hereby **DENIED as moot**.

The Clerk of Court is now requested to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 3rd day of May, 2011.

